AO 450 (Rev. 11/11)   Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JANE DOE | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.  3:25cv133 |
| | ) | |
| | ) | |
| JONATHAN REES | | |
| also known as Greg Ellis | | |
| also known as Jonny Rees | | |
| Defendant | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____recover from the defendant _____
the amount of _____ dollars ($_____), which includes prejudgment
interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with
costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X** other:  The court enters judgment in favor of plaintiff Jane Doe and against defendant Jonathan Rees
in the amount of $1,000,404.99 (One million four hundred four dollars and ninety-nine cents), with
postjudgment interest accruing since April 9, 2025, pursuant to 28 U.S.C. § 1961.

This action was (*check one*):

☐ tried by a jury with Judge_____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a motion for default judgment.

DATE: <u>April 17, 2025</u>          *Chanda J. Berta, Clerk of Court*

                                      by <u>D. Johnson</u>_____
                                      *Signature of Clerk or Deputy Clerk*